No. 73–5711. Woods *v.* United States. C. A. 4th Cir. Certiorari denied. 

No. 73–5713. Carthens *v.* North Carolina. Sup. Ct. N. C. Certiorari denied. 

No. 73–5716. Liberti *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–5719. Theriault *v.* Bartels et al. C. A. 10th Cir. Certiorari denied.

No. 73–5723. Garrison *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 73–5725. Daulton *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 73–5729. Tyson *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 73–5731. Minnay *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 73–5736. Henderson *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 73–5742. Leggett *v.* United States. C. A. 3d Cir. Certiorari denied.

No. 73–5745. Ryan *v.* United States. C. A. 8th Cir. Certiorari denied. 

No. 73–5750. Harmon *v.* United States. C. A. 10th Cir. Certiorari denied. 

No. 73–5753. Lindsey et al. *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 73–5754. Davis *v.* United States. C. A. 7th Cir. Certiorari denied.